ment and order affirmed, with costs. See, also, 151 N. Y. Supp. 1145.

SILVERSTEIN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Abraham Silverstein, as administrator, etc., against the International Railway Company. No opinion. Motion for reargument (151 N. Y. Supp. 1144) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

SIMS INN CO., Inc., Appellant, v. CURTIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by the Sims Inn Company, Incorporated, against Lewis F. Curtis and others. No opinion. Order affirmed, with costs.

In re SLATER'S ESTATE. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) In the matter of the compulsory judicial settlement of the estate of William N. Slater, deceased.
PER CURIAM. The order is sufficiently clear. If the meeting is not called at the instance of the appellant, she is not restrained from voting, if she be otherwise so entitled, upon the stock. In due course the decree of the surrogate upon the accounting may be entered by the time of the March meeting. Motion denied, without costs. See, also, 150 N. Y. Supp. 1112; In re Holzworth, 151 N. Y. Supp. 1072.

In re SLAUSON. (Supreme Court, Appellate Division, First Department. February 26, 1915.) In the matter of Edward V. Slauson. No opinion. Application granted. Settle order on notice.

SLAWSON & HOBBS v. ASPEL. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Slawson & Hobbs against Anna T. Aspel. No opinion. Application denied, with $10 costs. Order signed.

SMITH, Respondent, v. BURGER, Appellant. (Supreme Court, Appellate Division Third Department. January 6, 1915.) Action by Mary Smith against Richard E. Burger. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH v. NORTH AMERICAN FILMS CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Daniel J. Smith against the North American Films Company. No opinion. Application denied, with $10 costs. Order signed.

SOLECKI, Respondent, v. McKINNON DASH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Pauline Solecki, an infant, etc., against the McKinnon Dash Company. No opinion. Judgment and order affirmed, with costs. See, also, 151 N. Y. Supp. 1145.

SOLECKI, Respondent. v. McKINNON DASH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Pauline Solecki, an infant, etc., against the McKinnon Dash Company. No opinion. Motion for leave to appeal (151 N. Y. Supp. 1145) to Court of Appeals denied, with $10 costs.

SOLINGER v. FEDER et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Bertha Solinger against Louis Feder and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1113.

SOLOMON SHAPIRO MFG. CO. v. BLASBERG. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Solomon Shapiro Manufacturing Company against Jacob Blasberg. No opinion. Application denied, with $10 costs. Order signed.

SOMMERFIELD, Respondent, v. C. J. OSBORNE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Henry Sommerfield against the C. J. Osborne Company. No opinion. Application denied, with $10 costs. See, also, 150 N. Y. Supp. 1113.

Ex parte SORIANO. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) In the matter of the application of Joseph Soriano for a writ of habeas corpus. No opinion. Order dismissing writ, and remanding the defendant, affirmed, without costs. See, also, 163 App. Div. 915, 147 N. Y. Supp. 1143.

In re SOUTHWORTH et al. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) In the matter of the judicial settlement of the account of Frederick A. Southworth and another, as executors, etc. No opinion. Motion denied, without costs. See, also, 150 N. Y. Supp. 509.

SPRINGER v. LION BREWERY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Jonas Springer, an infant, etc., against the Lion Brewery of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

STABINSKY et al., Respondents, v. LOWENSTEIN, Appellant (three cases). (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Actions by Jacob Stabinsky and another against Benjamin Lowenstein. Actions Nos. 1, 2 and 3. No opinions. Orders affirmed, with $10 costs and disbursements.

STADLER, Respondent, v. JAMES EVERARD'S BREWERIES, Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Albert M. Stadler against James Everard's Breweries. F. S.